FILED IN CLERK'S OFFICE
U.S.D.C. - ATLANTA

MAY 0 4 2006

LUTHER D. THOMAS, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY,<br><br>    Plaintiff and Counterclaim<br>    Defendant,<br><br>v.<br><br>GRAY PROPERTY 3503, LLC,<br>RAM PARTNERS, LLC,<br>and MICHAEL FOLLMER,<br><br>    Defendants and Counterclaim<br>    Plaintiffs. | CIVIL ACTION FILE No.<br>1:05-CV-2169-GET |

## STIPULATION AND CONSENT ORDER OF VOLUNTARY DISMISSAL

All parties having agreed and stipulated to the following Order of Dismissal, it is hereby ordered, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the Complaint for Declaratory Judgment brought by the Plaintiff, Owners Insurance Company, against Defendants Gray Property 3503, LLC, RAM Partners, LLC, and Michael Follmer as well as the Counterclaims filed by each of the Defendants, Gray Property 3503, LLC, RAM Partners, LLC, and Michael Follmer against Owners Insurance Company, formerly referred to in this action as Auto-Owners Insurance Company, are each hereby dismissed with prejudice.

SO ORDERED, this 4th day of May, 2006.

_____
HON. G. ERNEST TIDWELL,
JUDGE, UNITED STATES DISTRICT
NORTHERN DISTRICT OF GEORGIA

CONSENTED TO BY:

s/ James T. Budd, Esq.
Ga. Bar No.093406
Mabry & McClelland, LLP.
2200 Century Parkway, N.E.
Tenth Floor
Atlanta, Georgia 30345
**Counsel for Owners Ins. Co.**


s/ Angela Spivey, Esq.
Georgia Bar No. 672522
McGuire Woods, LLP
1170 Peachtree Street, N.E.
Suite 2100
Atlanta, Georgia 30309
**Attorneys for Gray Property 3503, LLC**


s/ Christopher L. Phillips, Esq.
Georgia Bar No. 575915
Jackel & Phillips, PC
707 Whitlock Ave.
Suite H-8
Marietta, Georgia 30064
**Attorneys for RAM Partners, LLC**

s/ Thomas C. Blaska, Esq.
Georgia Bar No. 062925
Thomas C. Blaska & Associates
8565 Dunwoody Place
Building 15
Northridge 400 Office Park
Atlanta, GA 30350
***Attorneys for Michael Follmer***

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Dana L. Jackel, Esq.

    Christopher Lee Phillips, Esq.

    Angela Margaret Spivey, Esq.

    Thomas C. Blaska, Esq.

    Andrew C. Desautel, Esq.

This 3rd day of May, 2006.

*James T. Budd*

JAMES T. BUDD
Georgia Bar No. 093406